Concur — Capozzoli, J. P., Markewich, Nunez, McNally and Tilzer, JJ.

Florence E. Feinberg, Appellant, v. Wm. Schuman & Son et al., Defendants, and Dorothy Feinberg et al., Respondents.—

Concur — Capozzoli, J. P., Markewich, Nunez, McNally and Tilzer, JJ.

Pierre D'Allemagne et al., a Copartnership Doing Business under the Name of D'Allemagne & Wiechula, and as Assignee and Successor of Pierre D'Allemagne et al., a Copartnership Doing Business under the Name of D'Allemagne & Barbacki, Respondent, v. Morris Lapidus, Doing Business as Morris Lapidus Associates, Appellant.—

Concur — Eager, J. P., Capozzoli, McGivern, Markewich and McNally, JJ.

Rose Miller et al., Respondents, v. Luchow August, Inc., Appellant.—

718

 Concur — Stevens, P. J., McGivern, Markewich and Steuer, JJ.

█ THE PEOPLE OF THE STATE OF NEW YORK V. STANLEY FORD.—█

 Concur — Stevens, P. J., Eager, Markewich, Nunez and Tilzer, JJ.

## (October 29, 1970)

█ In the Matter of ARTHUR M. GOLDBERG, an Attorney.— Concur — Eager, J. P., Capozzoli, McGivern, Markewich and McNally, JJ.

## SECOND DEPARTMENT, OCTOBER, 1970

## (October 2, 1970)

█ In the Matter of MAX GOLDWEBER, Appellant, v. WILLIAM D. MEISSER et al., Constituting the Board of Elections of the County of Nassau, Respondents.— Christ, P. J., Hopkins, Martuscello, Brennan and Benjamin, JJ., concur.

## (October 5, 1970)

█ In the Matter of KARL A. PFISTER, an Attorney.— Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.

█ In the Matter of ROBERT F. STEVENS, JR., Also Known as ROBERT STEVENS, an Attorney.—█